In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00512-CV
_____

EVERETT GRIFFITH, JR. & ASSOCIATES, INC., Appellant

V.

EVADALE WATER CONTROL AND IMPROVEMENT DISTRICT NO. 1,
Appellee

On Appeal from the 1A District Court
Jasper County, Texas
Trial Cause No. 31715

MEMORANDUM OPINION

On January 8, 2015, we abated the appeal on a suggestion of bankruptcy. *See* Tex. R. App. P. 8. On May 6, 2015, the appellant, Everett Griffith, Jr. & Associates, Inc., filed a motion to lift the abatement of the appeal and dismiss this appeal. *See* Tex. R. App. P. 8.3(a); *see also* Tex. R. App. P. 42.1. The appellee, Evadale Water Control and Improvement District No. 1, joined the motion. We grant the motion, lift the abatement, and dismiss the appeal.

1

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on May 20, 2015
Opinion Delivered May 21, 2015

Before McKeithen, C.J., Kreger and Horton, JJ.

2